IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 JAN -7 PM 3:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 97-B-1790-S |
| R & D MINING, INC., ) | |
| ) | |
| Defendant. ) | |

ENTERED
JAN 7 1998

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant R & D Mining, Inc., on September 16, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is a corporation and therefore not an infant or incompetent person.

3. Defendant is indebted to the Plaintiff in the sum of $123,236.98 for reclamation fees, $12,493.97 for prejudgment interest, $21,095.29 for prejudgment penalty, $338.73 for administrative costs, and $49.00 for cost of Marshal's service, for a total of $157,213.97.

4. Plaintiff is due to recover from Defendant the total sum of $157,213.97, plus additional prejudgment interest and late-payment

penalties in the amount of $30.93 per day, beginning on December 18, 1997, until date of judgment, and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this ___7th___ day of ___January___, 19__98__.

_____
UNITED STATES DISTRICT JUDGE